## United States District Court for the Northern District of Illinois

Case Number: 08CV3985   Assigned/Issued By: DAJ

Judge Name: BUCKLO   Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 2931420

Date Payment Rec'd: 07/14/08   Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 07/14/08 as to DEF. _____
(Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05